**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Jason R Spielman,<br><br>　　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 1-24-42794-ess |

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S**
**DISCHARGE AND ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the undersigned that the time periods for the Trustee, creditors, and the United States Trustee to object to the discharge of the Debtor, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until December 6, 2024.

| | |
|---|---|
| Dated: New York, New York<br>　　　　September 10, 2024 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000 |
| Dated: Forest Hills, New York<br>　　　　September 10, 2024 | THE LAW OFFICES OF DAVID ALISHAEV<br>*Attorneys for the Debtor*<br><br>By: /s/ David Alishaev<br>David Alishaev (alishaevlaw@gmail.com)<br>100-15 Queens Blvd<br>Suite 203<br>Forest Hills, NY 11375<br>Tel.: (718) 459-2030 |

| | |
|---|---|
| Dated: New York, New York<br>September 10, 2024 | WILLIAM K. HARRINGTON UNITED STATES TRUSTEE,<br>*REGION 2*<br><br>By: /s/ Nazar Khodorovsky<br>Nazar Khodorovsky<br>Trial Attorney<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, NY 10004-1408<br>Tel.: (212) 206-2580 |